**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN & JULIE EARDLY,<br><br>        Plaintiff,<br><br>  v.<br><br>DLJ MORTGAGE CAPITAL, INC,<br><br>        Defendants. | Case No. EDCV 10-00972 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.


Dated: September 14, 2010

                                      VIRGINIA A. PHILLIPS
                                  United States District Judge